KAMER ZUCKER ABBOTT
Carol Davis Zucker   #2543
Dare E. Heisterman   #14060
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102-1990
Tel:   (702) 259-8640
Fax:   (702) 259-8646
Email: czucker@kzalaw.com
Email: dheisterman@kzalaw.com

Attorneys for Defendant
Sport Clips, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE MULLEN, an Individual | Case No. 2:19-cv-01992-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT** |
| SPORT CLIPS, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS 1-X, | **First Request** |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate and request that the deadline for Defendant Sport Clips, Inc., to answer or otherwise respond to the Complaint be extended from the present date of December 9, 2019 to January 6, 2020. This Stipulation is based upon the following facts:

1. Plaintiff served the Summons and Complaint on November 18, 2019, rendering an answer or other initial appearance due December 9, 2019.

2. Given that Defendant's counsel was recently retained, Plaintiff has agreed to an extension of time until January 6, 2020 within which to answer or otherwise respond.

/ / /

3. This extension is requested for the reasons stated above and not for purposes of delay or any other improper purposes.

DATED this 13th day of December 2019.

| HKM EMPLOYMENT ATTORNEYS LLP | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/Jenny L. Foley<br>Jenny L. Foley #9017<br>Marta D. Kurshumova #14728<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Tel: (702) 625-3893<br>Fax: (702) 625-3893<br><br>Attorneys for Plaintiff<br>Destinie Mullen | By: /s/Dare E. Heisterman<br>Carol Davis Zucker #2543<br>Dare E. Heisterman #14060<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Tel: (702) 259-8640<br>Fax: (702) 259-8646<br><br>Attorneys for Defendant<br>Sport Clips, Inc. |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 16, 2019