KAMER ZUCKER ABBOTT
Carol Davis Zucker #2543
Dare E. Heisterman #14060
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
czucker@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendant Sport Clips, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DESTINIE MULLEN, an Individual,<br><br>      Plaintiff,<br><br>vs.<br><br>SPORT CLIPS, INC., a Foreign Corporation, DOES 1-X; and ROE CORPORATIONS 1-X,<br><br>      Defendants. | Case No. 2:19-cv-01992-RFB-NJK<br><br>**STIPULATION AND REQUEST FOR ORDER RESCHEDULING EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

  Plaintiff Destinie Mullen ("Plaintiff"), by and through her counsel of record, the law firm of HKM Employment Attorneys LLP, and Defendant Sport Clips Inc., by and through its counsel of record, the law firm of Kamer Zucker Abbott, hereby stipulate and request an order rescheduling the dates of the ordered Early Neutral Evaluation ("ENE") and pre-ENE telephone conference from February 28, 2020 and February 27, 2020, respectively, to April 1, 2020 and March 31, 2020. In addition, the parties request that the Court extend the deadline for their respective confidential written evaluation statements to be delivered to Tuesday, March 24, 2020. In support of this Stipulation and Request, the parties state as follows:

  1.  By Order dated January 7, 2020, this Court scheduled an ENE for February 28, 2020 and a pre-ENE telephone conference for February 27, 2020. [ECF No. 11]. That Order also sets forth a deadline of 4:00pm on February 20, 2020 for the submission of the parties' respective confidential written evaluation statements. Id.

  2.  The rescheduling is requested due to Defendant's lead counsel being out of the state

KAMER ZUCKER ABBOTT   *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 1 of 2

on the date of the ENE and on a flight on the date of the pre-ENE telephone conference.

3. Counsel for Defendant has conferred with Plaintiff's counsel to obtain available alternate dates for the ENE session. Following those communications, the parties have agreed to reschedule the ENE to April 1, 2020 and the pre-ENE telephone conference to March 31, 2020 at the times originally ordered pending the Court's availability and approval of the same. The parties have also agreed that their respective confidential written evaluation statements shall be delivered to the undersigned's chambers no later than 4:00 p.m. on Tuesday, March 24, 2020.

4. This is the first request by the parties to reschedule the ENE and is not sought for any improper purpose or other reason of delay.

WHEREFORE, the parties respectfully request that the Court reschedule the ENE to April 1, 2020 and the pre-ENE telephone conference to March 31, 2020 at the times originally ordered and similarly extend the deadline for the parties' submission of their confidential written evaluation statements to 4:00 p.m. on Tuesday, March 24, 2020

DATED this 3rd day of February, 2020.

| HKM EMPLOYMENT ATTORNEYS LLP | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Jenny L. Foley<br>Jenny L. Foley #9017<br>Marta D. Kurshumova #14728<br>1785 East Sahara Avenue, Suite 325<br>Las Vegas, Nevada 89104<br>Tel: (702) 625-3893<br>Fax: (702) 625-3893<br><br>Attorneys for Plaintiff Destinie Mullen | By: /s/Dare E. Heisterman<br>Carol D. Zucker #2543<br>Dare E. Heisterman #14060<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102<br>Tel: (702) 259-8640<br>Fax: (702) 259-8646<br><br>Attorneys for Defendant Sport Clips, Inc. |

**IT IS SO ORDERED.**

2/4/2020
**DATE**

**UNITED STATES MAGISTRATE JUDGE**