KAMER ZUCKER ABBOTT
Carol Davis Zucker #2543
Dare E. Heisterman #14060
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
czucker@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendant Sport Clips, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESTINIE MULLEN, an Individual, | Case No. 2:19-cv-01992-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR ORDER RESCHEDULING EARLY NEUTRAL EVALUATION SESSION** |
| SPORT CLIPS, INC., a Foreign Corporation, DOES 1-X; and ROE CORPORATIONS 1-X, | |
| Defendants. | **(SECOND REQUEST)** |

Plaintiff Destinie Mullen ("Plaintiff"), by and through her counsel of record, the law firm of HKM Employment Attorneys LLP, and Defendant Sport Clips Inc., by and through its counsel of record, the law firm of Kamer Zucker Abbott, hereby stipulate and request an order rescheduling the the previously ordered Early Neutral Evaluation ("ENE") and pre-ENE telephone conference from April 1, 2020 and March 31, 2020, respectively, to May 15, 2020 and May 14, 2020, or any date thereafter that is convenient for the Court. In addition, the parties request that the Court extend the deadline for their respective confidential written evaluation statements to be due seven days prior to the date set for the ENE and to be submitted electronically to david_chavez@nvd.uscourts.gov pursuant to the Court's Minute Order dated March 17, 2020 (ECF No. 19). In support of this Stipulation and Request, the parties state as follows:

    1.    By Order dated January 7, 2020, this Court scheduled an ENE for February 28, 2020 and a pre-ENE telephone conference for February 27, 2020. [ECF No. 11]. That Order also set forth a deadline of 4:00pm on February 20, 2020 for the submission of the parties' respective confidential

written evaluation statements. Id. The parties' submitted a stipulation and request to reschedule the ENE for April 1, 2020, the pre-ENE telephone conference for March 31, 2020, and agreed that their respective confidential written evaluation statements shall be delivered to the undersigned's chambers no later than 4:00 p.m. on Tuesday, March 24, 2020. See Stipulation to Reschedule ENE (ECF No. 12). The Court granted the parties' Stipulation. See Order granting Stipulation to Reschedule ENE (ECF No. 13).

2. The Court recently modified its Order Scheduling Early Neutral Evaluation (ECF No. 11) and Order granting Stipulation (ECF No. 13) in two respects: 1.) by requiring the parties to submit their written evaluation statements electronically and 2.) ordering the ENE to proceed telephonically. See Minute Order dated March 17, 2020 [ECF No. 19].

3. The reasoning for the parties' second request to reschedule ENE is laid out in the Emergency Motion filed by Defendant on March 23, 2020. [ECF No. 22]. Due to the present COVID-19 pandemic, and the orders in Nevada and other states requiring closing of salons, Sport Clips is in the process of making significant changes in its business, including laying off most of its employees in a number of states around the country and dealing with other economic and financial issues. This has rendered senior management and the human resources personnel, as well as Sport Clips' attorney, unable to assist in preparing for the ENE and to attend it even telephonically.

4. Counsel for Defendant has conferred with Plaintiff's counsel to obtain available alternate dates for the ENE session. Following those communications, the parties have agreed to reschedule the ENE to May 15, 2020 and the pre-ENE telephone conference to May 14, 2020, or any date thereafter that is convenient for the Court, at the times originally ordered. The parties have also agreed that their respective confidential written evaluation statements shall be due seven days prior to the date set for the ENE and to be submitted electronically to david_chavez@nvd.uscourts.gov pursuant to the Court's Minute Order dated March 17, 2020 [ECF No. 19].

4. This is the second request by the parties to reschedule the ENE and is not sought for any improper purpose or other reason of delay.

WHEREFORE, the parties respectfully request that the Court reschedule the ENE to May

15, 2020 and the pre-ENE telephone conference to May 14, 2020, or any date thereafter that is convenient for the Court, and at the times originally ordered.

Correspondingly, the parties' also request that the Court extend the deadline for the parties' submission of their confidential written evaluation statements to be due seven days prior to the date set for the ENE and to be submitted electronically to david_chavez@nvd.uscourts.gov pursuant to the Court's Minute Order dated March 17, 2020 [ECF No. 19].

DATED this 24th day of March, 2020.

| HKM EMPLOYMENT ATTORNEYS LLP | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Marta D. Kurshumova*<br>Jenny L. Foley #9017<br>Dana Sniegocki #11715<br>Marta D. Kurshumova #14728<br>1785 East Sahara Avenue, Suite 325<br>Las Vegas, Nevada 89104<br>Tel: (702) 625-3893<br>Fax: (702) 625-3893<br><br>Attorneys for Plaintiff Destinie Mullen | By: /s/*Carol Davis Zucker*<br>Carol D. Zucker #2543<br>Dare E. Heisterman #14060<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102<br>Tel: (702) 259-8640<br>Fax: (702) 259-8646<br><br>Attorneys for Defendant Sport Clips, Inc. |

IT IS ORDERED that ECF No. 24 is GRANTED.

IT IS FURTHER ORDERED that the pre-ENE call is rescheduled to May 14, 2020 and the ENE is rescheduled to May 15, 2020, both at the same times as originally ordered. The parties ENE statements are due by May 7, 2020 and must be submitted in accordance with ECF No. 19.

IT IS FURTHER ORDERED that ECF No. 22 is DENIED as moot.

**IT IS SO ORDERED**

**DATED: March 25, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**