KAMER ZUCKER ABBOTT
Carol Davis Zucker    #2543
Dare E. Heisterman    #14060
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102-1990
Tel:    (702) 259-8640
Fax:    (702) 259-8646
Email: czucker@kzalaw.com
Email: dheisterman@kzalaw.com

Attorneys for Defendant
Sport Clips, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESTINIE MULLEN, an Individual | Case No. 2:19-cv-01992-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SPORT CLIPS, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS 1-X, | |
| Defendant. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 18th day of June, 2020.                    DATED this 18th day of June, 2020.

HKM EMPLOYMENT ATTORNEYS LLP                          KAMER ZUCKER ABBOTT

By:   /s/Marta Kurshumova                       By:   /s/Dare Heisterman
     Jenny L. Foley          #9017                        Carol Davis Zucker      #2543
     Marta D. Kurshumova   #14728                        Dare E. Heisterman     #14060
     1785 East Sahara, Suite 300                          3000 West Charleston Blvd., Suite 3
     Las Vegas, Nevada 89104                              Las Vegas, Nevada 89102
     Tel:   (702) 625-3893                                Tel:   (702) 259-8640
     Fax:  (702) 625-3893                                 Fax:  (702) 259-8646

     Attorneys for Plaintiff                              Attorneys for Defendant
     Destinie Mullen                                      Sport Clips, Inc.

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  18th day of June, 2020.